UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK KAYLOR,<br>Plaintiff | : | |
| VS. | : | NO.: CA 08 120S |
| LYDIA TABAK AND<br>TAMARA DIAZ,<br>Defendants | : | MARCH 27, 2008 |

COMPLAINT

**Jurisdiction, Venue and Parties**

1. Plaintiff, Mark Kaylor, is a citizen of the State of Connecticut, residing in Putnam, Connecticut.

2. The defendant, Lydia Tabak, is a citizen of the State of Rhode Island, residing in Providence, Rhode Island.

3. The defendant, Tamara Diaz, is a citizen of the State of Rhode Island, residing in Providence, Rhode Island.

4. Jurisdiction of the Court is based on diversity of citizenship of parties, 28 U.S.C. § 1332.

5. The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6. Venue is this District is based on 28 U.S.C. § 1391.

**FIRST COUNT**

1. On December 11, 2005, at approximately 1:30 a.m., the plaintiff, in his capacity as an invitee, was walking on the driveway of premises located at 125 Princeton Avenue, Providence, Rhode Island ("the premises"), when he was caused to slip and fall on ice which had accumulated on the driveway of the premises, thereby sustaining painful personal injuries.

2. At the time of the plaintiff's fall, the defendants, Lydia Tabak and Tamara Diaz, owned, controlled, maintained and/or possessed the location where the plaintiff fell.

3. The plaintiff's fall and resulting personal injuries were caused by the negligence and carelessness of the defendants, their agents, servants or representatives.

4. As a result of the incident, the plaintiff was caused to sustain and suffer painful injuries to his head, neck, and back. The injury to his neck has required surgery. In addition, the plaintiff had suffered from severe headaches, photophobia, dizziness, and nausea. Some or all of these injuries and their effects are, or may prove to be, permanent in nature.

5. As a further result, the plaintiff has been caused to suffer from shock, fright, nervousness, anxiety and emotional distress, and will likely suffer from same for the rest of his life.

6. As a further result, plaintiff's ability to enjoy life and carry on his usual activities, hobbies and recreations, has been impaired, and will likely continue to be impaired for the rest of his life.

7. As a further result, the plaintiff has been forced to incur expenses for hospital and medical care, x-rays, medicines and the like, and will likely be forced to incur further expense for the same purposes in the future.

8. As a further result, plaintiff has suffered and will likely continue to suffer for the rest of his life from fear, anxiety and emotional distress relative to his concern that there may be additional or continued medical problems, surgeries, procedures, complications, and/or disabilities as a result of the incident of December 11, 2007.

9. As a further result, plaintiff has an increased likelihood of future medical problems, complications, disabilities and/or surgeries.

10. As a further result, the plaintiff has lost time and wages from his employment and his earning capacity has been impaired or destroyed.

WHEREFORE, plaintiff, Mark Kaylor, demands judgment against the defendants in the sum of $900,000.00, plus costs. Plaintiff demands a trial by jury.

PLAINTIFF:
MARK KAYLOR

By ______________________

Humbert J. Polito, Jr.
Federal Bar No. 4686
Polito & Quinn, LLC
567 Vauxhall Street Ext. Suite 230
Waterford, CT 06385
Telephone: (860) 447-3300
Fax: (860) 447-3389
politoandquinn@aol.com

By ______________________

Gerald S. Sack
Federal Bar No.: ct05279
Law Offices of Gerald S. Sack, LLC
836 Farmington Avenue
West Hartford, CT 06119
(860) 236-7225
gssack@sacklawoffice.com