(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

MARK KAYLOR
Plaintiff(s)

v.

LYDIA TABAKand
TAMARA DIAZ
Defendant(s)

Dkt. No.______________________

CA 08 120S

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/~~Defendant~~ Mark Kaylor hereby moves that Gerald S. Sack, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

______________________________
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

______________________________
Signature of Local Counsel

Humbert J. Polito, Jr.
Print Name

RI Bar ID # ~~XXXX~~ 4686

Poltio & Quinn, LLC
Firm and Business Address
567 Vauxhall Street Ext.
Suite 230

Waterford, CT 06385

Email: politoandquinn@aol.com

Tel. # 860-447-3300

Fax # 860-447-3389

---

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

______________________________
District Judge

______________________________
Date