(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

MARK KAYLOR
Plaintiff(s)

v.

LYDIA TABAKand
TAMARA DIAZ
Defendant(s)

Dkt. No. CA 08 120S

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/~~Defendant~~ Mark Kaylor hereby moves that Gerald S. Sack, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Humbert J. Polito, Jr.
Print Name

Poltio & Quinn, LLC
Firm and Business Address
567 Vauxhall Street Ext.
Suite 230

Waterford, CT 06385

RI Bar ID # ~~XXXX~~ 4686

Email: politoandquinn@aol.com

Tel. # 860-447-3300

Fax # 860-447-3389

---

**ORDER**

This motion is hereby ✓ GRANTED ____ DENIED

District Judge

Date 4/4/08