UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARK KAYLOR, Plaintiff :

VS. : C. A. NO.: 08-120 S

LYDIA TABAK and TAMARA DIAZ, Defendants :

ANSWER

Now come the Defendants, Lydia Tabak and Tamara Diaz, in the above entitled cause and deny each and every averment of Plaintiff's Complaint accept as may be herein expressly admitted.

As to Jurisdictiion, Venue and Parties

1. Plaintiff is left to his proof.

2. Denied.

3. Admitted.

4. Admitted.

5. Denied.

6. Admitted.

As to Count I

1. Denied.

2. Admitted.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

FIRST AFFIRMATIVE DEFENSE

The negligence of the Plaintiff, Mark Kaylor, caused or contributed to the accident and Plaintiff's allegedly resulting personal injuries or other damages consequential thereto.

WHEREFORE, these Defendants demand judgment discharging them of liability and dismissing the Plaintiff's Complaint, together with their costs.

DEFENDANTS,
LYDIA TABAK and
TAMARA DIAZ
By their Attorney,

Mark H. Burnham, Esquire #2243
Law Offices of John T. Madden
475 Kilvert Street, Suite 125
Warwick, RI 02886
(401) 732-0165
(401) 732-0943 Fax

Defendants, Lydia Tabak and Tamara Diaz, hereby demand a trial by jury and designate Mark H. Burnham as trial counsel.

Mark H. Burnham #2243

ENTRY OF APPEARANCE

Mark H. Burnham, Bar No.2243, the Law Office of John T. Madden, hereby enters his appearance on behalf of the Defendants, Lydia Tabak and Tamara Diaz.

Mark H. Burnham #2243

CERTIFICATION

I hereby certify that I mailed a true copy of the above to Humbert J. Polito, Jr., Esquire, Polito & Quinn, LLC 567 Vauxhall Street, Suite 230, Waterford, CT 06385 and Gerald S. Sack, Esquire, 856 Farmington Avenue, West Hartford, CT 06119on the 16 day of June, 2008.

Marie McIlwain