UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK KAYLOR | : | |
| Plaintiff | : | C.A. No. 08-120S |
| | : | |
| VS. | : | |
| | : | |
| LYDIA TABAK, ET AL | : | |
| Defendants. | : | JULY 23, 2008 |

**PLAINTIFF'S STATEMENT OF CLAIM**

**FACTS AND LAW:**

On December 11, 2005, at approximately 1:30 a.m., the plaintiff, in his capacity as an invitee, was walking on the driveway of premises located at 125 Princeton Avenue, Providence, Rhode Island, when he was caused to slip and fall on ice which had accumulated on the driveway of the premises, thereby sustaining painful personal injuries.

It is plaintiff's claim that the defendants failure to remedy or correct the dangerous and unsafe condition of the parking lot, such as by plowing, clearing, sanding, salting and/or the use of ice melt, was a proximate cause of this incident and his resulting injuries.

Under pertinent Rhode Island law, "a landowner has a duty to exercise reasonable care for the safety of persons reasonably expected to be on the premises, and that duty includes an obligation to protect against the risks of a

dangerous condition existing on the premises, provided the landowner knows of, or by the exercise of reasonable care would have discovered, the dangerous condition." Tancrelle v. Friendly Ice Cream Corp., 756 A.2d 744, 752 (R.I. 2000). With particular regard to snow and ice removal, the Rhode Island Supreme Court has adopted the so-called "Connecticut Rule," which provides that a landlord owes a duty to his or her tenants "to use reasonable care to see that the common areas are kept reasonably safe from the dangers created by an accumulation of snow and ice which is attributed to purely natural causes." Benaski v. Weinberg, 899 A.2d 499, 502 (R.I. 2006), citing Fuller v. Housing Authority of Providence, 108 R.I. 770, 279 A.2d 438 (1971).

**DAMAGES:**

As a result of the fall, Mr. Kaylor sustained a subdural hematoma, headaches, photophobia, dizziness, nausea, and neck and back injuries. On November 7, 2007, Mr. Kaylor underwent surgery under general anesthesia by Dr. Gregory R. Criscuolo, of Norwich, Connecticut, for his back injury. Dr. Criscuolo performed a discectomy at C5-6, associated with instrumentation. According to Dr. Criscuolo, it is within a reasonable degree of medical probability that the incident of December 11, 2005, caused the conditions which required the need for surgical intervention. It is also Dr. Criscuolo's opinion that

Mr. Kaylor will sustain a permanent partial disability, although he has not yet issued a final "rating" report.

After surgery, Mr. Kaylor was unable to work for five and one-half weeks.

To date, Mr. Kaylor has incurred special damages of $69,160.90. Of that amount, $65,146.40 was incurred for medical expenses and the remaining $3,984.50 was for wage loss, as evidenced on the attached Schedule of Special Damages.

## PROGRESS OF THE CASE:

Discovery is currently underway with the Plaintiff's responses to the defendant's discovery requests sent out on July 15, 2008, and supplemented on July 21, 2008. Plaintiff is currently completing, and will shortly issue, discovery requests to the defendants.

## EXPECTED LENGTH OF TRIAL:

The plaintiff expects the trial of this matter to last 2-3 days.

## PROSPECTS FOR SETTLEMENT:

The plaintiff and defendants have not yet discussed settlement of the case because plaintiff has not yet been "rated". It is expected that Dr. Criscuolo will issue an impairment rating and prognosis for the plaintiff sometime in the fall of 2008, as surgery was performed on November 12, 2007. A settlement, therefore,

would likely be difficult to achieve at this time, absent a policy limit offer.

PLAINTIFF: MARK KAYLOR

By /s/ ____________________

Gerald S. Sack
Federal Bar No.: ct05279
Law Offices of Gerald S. Sack, LLC
836 Farmington Avenue
West Hartford, CT 06119
(860) 236-7225
(860) 231-8114 (fax)
gssack@sacklawoffice.com

**CERTIFICATION**

I hereby certify that on this date a copy of the Plaintiff's Statement of Claims was filed electronically and/or served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald S. Sack
Gerald S. Sack (ct05279)

SCHEDULE OF SPECIAL DAMAGES

Mark Kaylor
DOB: 4/27/64
D/I: 12/11/05

**I. Medical Expenses**

Day Kimball Hospital

| | | |
|---|---|---|
| 12/12/2005 | $1,497.19 | |
| 12/19/2005 | $630.00 | |
| 5/18/2006 | $166.50 | |
| | | $2,293.69 |

Day Kimball Hospital (pt)

| | | |
|---|---|---|
| 6/23/2006 | $180.00 | |
| 6/28/2006 | $60.00 | |
| 7/7/2006 | $90.00 | |
| 7/12/2006 | $60.00 | |
| 7/14/2006 | $60.00 | |
| 7/17/2006 | $60.00 | |
| 7/19/2006 | $60.00 | |
| 7/24/2006 | $60.00 | |
| 7/26/2006 | $60.00 | |
| 8/4/2006 | $60.00 | |
| 8/16/2006 | $60.00 | |
| 11/8/2006 | $180.00 | |
| 11/22/2006 | $30.00 | |
| | | $1,020.00 |

Umass Memorial Med. Center

| | | |
|---|---|---|
| 12/12/2005 | $1,096.26 | |
| | | $6,960.26 |

UMASS Memorial Medical Group, Inc.

| | |
|---|---|
| 12/12/2005 | $201.00 |
| 4/3/2006 | $415.00 |
| 5/1/2006 | $1,337.00 |
| 6/12/2006 | $1,736.00 |
| 6/29/2006 | $2,001.00 |

| | | |
|---|---|---|
| 10/6/2006 | $174.00 | |
| | | $5,864.00 |
| **Norwich Radiology Group** | | |
| 1/16/2006 | $1,175.00 | |
| 5/23/2006 | $1,175.00 | $2,350.00 |
| **Stop & Shop Pharmacy** | | |
| 12/13/2005 | $13.69 | |
| 12/14/2005 | $25.04 | |
| 1/12/2006 | $8.99 | |
| 1/24/2006 | $15.00 | |
| 3/21/2006 | $15.00 | |
| 5/18/2006 | $8.99 | |
| 5/22/2006 | $52.79 | |
| 7/25/2006 | $15.00 | |
| | | $154.50 |
| **Dominick Roto, II, D.O.** | | |
| 12/12/2005 | $85.00 | |
| 12/19/2006 | $120.00 | |
| 12/29/2005 | $120.00 | |
| 1/19/2006 | $120.00 | |
| 3/14/2006 | $120.00 | |
| | | $565.00 |
| **Kenneth J. Paonessa, MD (Norwich Orthopedic Group)** | | |
| 4/13/2007 | $515.00 | |
| 5/18/2007 | $120.00 | |
| | | $635.00 |
| **Groton Diagnostic Imaging** | | |
| 4/17/2007 | $1,660.00 | |
| 1/28/2008 | $1,604.00 | |
| | | $3,264.00 |
| **William Backus Hospital** | | |
| 9/24/2007 | $237.06 | |
| 11/12/2007 | $16,582.89 | |
| | | $16,819.95 |

| | | | | |
|---|---|---|---|---|
| Gregory Criscuolo, M.D. | | | | |
| 9/17/2007 | $350.00 | | | |
| 9/24/2007 | $225.00 | | | |
| 10/23/2007 | $225.00 | | | |
| 11/7/2007 | $24,000.00 | | | |
| 11/8/2007 | No charge | | | |
| 11/19/2007 | No charge | | | |
| 1/21/2008 | $275.00 | | | |
| 2/11/2008 | $175.00 | | | |
| | | $25,250.00 | | |
| **TOTAL MEDICAL SPECIALS** | | | **$65,176.40** | |

**II. LOST WAGES**

| | | | |
|---|---|---|---|
| Employed by Connie's Hair Salon | | | |
| Lost 12/12/05 to 12/20/05 or one week at $613.00 per week or | $613.00 | | |
| Lost 11/7/07 to 12/18/07 or 5.5 weeks at %613.00 per week or | $ 3,371.50 | | |
| | | **$3,984.50** | |
| **TOTAL SPECIAL DAMAGES** | | | **$69,160.90** |