UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK KAYLOR, Plaintiff | : | |
| VS. | : | C. A. NO.: 08-120 S |
| LYDIA TABAK and TAMARA DIAZ, Defendants | : | |

LATE ENTRY STIPULATION

In the above-entitled matter, it is agreed that the following entry be made:

The Defendants shall have until June 23, 2008, within which to answer or otherwise affirmatively respond to Plaintiff's Complaint.

| | | |
|---|---|---|
| Gerald S. Sack | | [signature] |
| Plaintiff's Attorney | No. | Signature |
| Mark H. Burnham | 2243 | [signature] |
| Defendants' Attorney | No. | Signature |

Date: 6/16/08

ENTER

WSm

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 8/19/08